MARY CATHERINE BUSS, Respondent, v. WILLIAM F. BUCHANAN, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, on the

* Amd. by Laws of 1921, chap. 501. — [REP.    † See ante, p. 801.— [REP.

ground that the appellant will not be prejudiced by the form of the order as to the production of documents. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.